# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Ronald Aikens　　　　　　　　　Docket No.: 0315 2:11CR00010-001
　　　　　　　　　　　　　　　　　　　　　Register #:32819-068

## Petition on Supervised Release

COMES NOW Belinda M. Ashley, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ronald Aikens, who was placed on supervision by the Honorable Arthur J. Schwab sitting in the Court at Pittsburgh, Pennsylvania on the 29th day of July 2011, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. Special assessment to be paid in the amount of $100.
2. Shall participate in a mental health treatment program.
3. Shall not incur any new credit charges or open additional lines of credit without the approval of his probation officer.
4. Shall provide the probation officer with access to any requested financial information.
5. Shall pay restitution that is imposed by this judgement and that which remains unpaid at the commencement of the term of supervised release at a rate of not less than 10% of his gross monthly income.

07-29-2011:　Interstate Transportation of Stolen Goods; Imprisonment 24 months, supervised release 3 years.
06-04-2013:　Released to supervision; currently supervised by U.S. Probation Officer Charmaine Odom

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant's case technically expired on June 3, 2016. However, a petition requesting that the case be closed with money owing was not submitted prior to this date. The defendant paid his $100 special assessment fee in full. In addition, the defendant paid $9,402.61 towards an outstanding restitution balance of $576,538.47.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal Number 2:11CR00010-001 be allowed to expire nunc pro tunc effective June 3, 2016, with restitution due and owing and the case be closed.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Considered and ordered this 29 TH day of June, 20 16 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Executed on: June 28, 2016

_____
Charmaine Odom
U.S. Probation Officer

_____
Wendy M. Brown
Supervising U.S. Probation Officer

Place: Pittsburgh, PA